IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BUCKEYE STATE MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>BRENT MOENS, TANYA DEE MOENS, ESTATE OF GERALD RALPH BOGE a/k/a JERALD RALPH BOGE, DOUGLAS LEE OLDENKAMP, BRAEDEN JAY BAILEY, DANIEL BAILEY, TRACEY BAILEY, LEE RAE GEISINGER, Individually, CONSERVATORSHIP OF LEE RAE GEINSINGER, ALICE MARIE GEISINGER, Individually, CONSERVATORSH8IP OF ALICE CONDIT, a/k/a ALICE MARIE GEISINGER, WELLMARK, INC., UNITED FIRE GROUP, INC., CNA CLAIMPLUS, INC., and AMERICAN ZURICH INSURANCE CO.,<br><br>    Defendants. | No. C12-4025-MWB<br><br>**ORDER** |

    In this interpleader action, on March 20, 2012, the plaintiff filed a Motion (Doc. No. 2) to Deposit Funds pursuant to 28 U.S.C. § 1335(a), Fed. R. Civ. P. 67(a), and LR 67. The plaintiff has proposed that the funds be deposited as "registry funds," pursuant to LR 67(b), in a non-income bearing account in the Treasury of the United States, and has submitted to the court a proposed order to that effect. However, Fed. R. Civ. P. 67(b) provides that monies paid into the court under Rule 67 "must be deposited in an interest-bearing account or invested in a court-approved, interest-bearing instrument."

By **March 28, 2012**, the plaintiff is directed to show cause why the monies should not be deposited in an interest-bearing account or instrument. Unless such a showing is made, by that date the plaintiff is to submit to the court a proposed order pursuant to LR 67(c).

IT IS SO ORDERED.

DATED this 21st day of March, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT