IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| BUCKEYE STATE MUTUAL INSURANCE COMPANY, | CASE NO. 5:12-cv-04025-MWB |
| Plaintiff, | |
| v. | |
| | STATEMENT TO COURT REGARDING REGISTRY FUNDS |
| BRENT MOENS, TANYA DEE MOENS, ESTATE OF GERALD RALPH BOGE a/k/a JERALD RALPH BOGE, DOUGLAS LEE OLDENKAMP, BRAEDEN JAY BAILEY, DANIEL BAILEY, TRACEY BAILEY, LEE RAE GEISINGER, Individually, CONSERVATORSHIP OF LEE RAE GEISINGER, ALICE MARIE GEISINGER, Individually, CONSERVATORSHIP OF ALICE CONDIT a/k/a ALICE MARIE GEISINGER, WELLMARK, INC., UNITED FIRE GROUP, INC., CNA CLAIMPLUS, INC., and AMERICAN ZURICH INSURANCE CO., | |
| Defendants. | |

COMES NOW Plaintiff, Buckeye State Mutual Insurance Company, through its attorneys, and pursuant to LR67(c)(7), states to the Court as follows:

1. U.S. Bank at 2350 Edgewood Road, Cedar Rapids, Iowa serves as a financial institution which the Clerk of Court for the Northern District of Iowa deposits funds.

2. After communication with the Clerk of Court for the Northern District of Iowa and Nichole Lennon-Fisher with the Finance Department of the Northern District of Iowa regarding "registry funds," it was determined that U.S. Bank was willing to serve as a depository for the registry funds at issue.

3. Plaintiff hereby provides the Court via email a proposed Order directing the investment of the registry funds to U.S. Bank.

   /s/ Stanley J. Thompson
Stanley J. Thompson, AT0007811
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: StanThompson@davisbrownlaw.com

ATTORNEY FOR PLAINTIFF

2

Case 5:12-cv-04025-MWB   Document 5   Filed 03/23/12   Page 2 of 2