IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

---

| | | |
|---|---|---|
| BUCKEYE STATE MUTUAL INSURANCE COMPANY, | ) ) ) ) | CASE NO. 5:12-cv-4025 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| BRENT MOENS, TANYA DEE MOENS, ESTATE OF GERALD RALPH BOGE a/k/a JERALD RALPH BOGE, DOUGLAS LEE OLDENKAMP, BRAEDEN JAY BAILEY, DANIEL BAILEY, TRACEY BAILEY, LEE RAE GEISINGER, Individually, CONSERVATORSHIP OF LEE RAE GEISINGER, ALICE MARIE GEISINGER, Individually, CONSERVATORSHIP OF ALICE CONDIT a/k/a ALICE MARIE GEISINGER, WELLMARK, INC., UNITED FIRE GROUP, INC., CNA CLAIMPLUS, INC., and AMERICAN ZURICH INSURANCE CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

---

Upon Plaintiff's Motion to Deposit Funds and Plaintiff's Statement to the Court, and as part of the interpleader claim governed by 28 U.S.C. § 1335(a)(2), the Court orders that the Clerk of this Court deposit the sum of $500,000 as "registry funds" in an income-earning account pending the judgment of the Court in this matter. Pursuant to LR 67(c), said funds shall be deposited as follows:

1. Form Of Deposit: Check payable to the Clerk of Court

2. Amount To Be Invested: $500,000.00

3. Type Of Investment: Passbook Savings

#2156680

4. Name And Address Of Institution Where Deposit Will Be Made:
U.S. Bank
2350 Edgewood Road
Cedar Rapids, IA 52404

5. Length Of Time For Investment: Pending the outcome of this action.

6. Whether Money Should Be Reinvested Automatically: Account should stay open pending this matter and further direction of the Court

IT IS SO ORDERED.

Dated: *March 27, 2012*

*[signature]*

Judge – United States District Court