IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| BUCKEYE STATE MUTUAL INSURANCE COMPANY, | ) ) ) | CASE NO. 5:12-cv-4025 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BRENT MOENS, TANYA DEE MOENS, ESTATE OF GERALD RALPH BOGE a/k/a JERALD RALPH BOGE, DOUGLAS LEE OLDENKAMP, BRAEDEN JAY BAILEY, DANIEL BAILEY, TRACEY BAILEY, LEE RAE GEISINGER, Individually, CONSERVATORSHIP OF LEE RAE GEISINGER, ALICE MARIE GEISINGER, Individually, CONSERVATORSHIP OF ALICE CONDIT a/k/a ALICE MARIE GEISINGER, WELLMARK, INC., UNITED FIRE GROUP, INC., CAN CLAIMPLUS, INC., and AMERICAN ZURICH INSURANCE CO., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | RESPONSE OF GEISINGER TO MOTION TO DEPOSIT FUNDS |
| Defendants. | ) ) | |

COME NOW Defendants Lee Rae Geisinger, Individually, Conservatorship of Lee Rae Geisinger, Alice Marie Geisinger, Individually, Conservatorship of Alice Condit a/k/a Alice Marie Geisinger (hereinafter Geisinger) and in response to its Motion to Deposit Funds with the Court pursuant to F. R. Civ. P. 67(a) responds to Plaintiff's Motion as follows:

1. Paragraph 1 is admitted.

2. Paragraph 2 is admitted.

3. It is admitted that this is what Buckeye Mutual seeks. However, this money should be paid into an income-bearing account at a bank under the order of this Court.

WHEREFORE, Geisinger prays that Buckeye State Mutual Insurance Company be ordered to pay the sum of $500,000 to a bank in an interest-bearing account under order of this Court.

DATED this 17 day of May, 2012.

Respectfully submitted,

HEIDMAN LAW FIRM, L.L.P.

By: /s/ John C. Gray
JOHN C. GRAY, AT0002938
1128 Historic Fourth Street
P. O. Box 3086
Sioux City, IA 51102
Phone: 712-255-8838
Fax: 712-258-6714
John.Gray@Heidmanlaw.com

ATTORNEYS FOR GEISINGER

2

## PROOF OF SERVICE

    The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage prepaid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e-mail over CM/ECF, on May 17, 2012.

Stanley J. Thompson  
Davis Law Firm  
215 10th Street, Suite 1300  
Des Moines, AI 50309

                                                      /s/ *John C. Gray*  
                                                      John C. Gray

130922